# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THE ESTATE OF THOMAS J. SMITH BY AND THROUGH ITS EXECUTOR NEIL W. HEAD AND THE ESTATE OF DOROTHY C. SMITH BY AND THROUGH ITS EXECUTOR NEIL W. HEAD, | : : : : : : | No. 112 MAP 2016 <br><br> Appeal from the Order of the Chester County Court of Common Pleas, Civil Division, at No. 2011-04211-TT dated November 2, 2015, as amended by the Order of November 9, 2015 and the Order of November 17, 2015. |
| Appellants | : : : | |
| v. | : : : : | |
| FREEHAND, H.J., INC., & JOEL E. TEMPLIN & JOHN A. SCHORN, MICHAEL ALAN SIDDONS, ESQUIRE, INDIVIDUALLY & SIDDONS & ASSOCIATES, LLC. & CIARDI, CIARDI & ASTIN, P.C., | : : : : : : : | |
| Appellees | : | |
| THE ESTATE OF THOMAS J. SMITH BY AND THROUGH ITS EXECUTOR NEIL W. HEAD AND THE ESTATE OF DOROTHY C. SMITH, BY AND THROUGH ITS EXECUTOR NEIL W. HEAD | : : : : : : : | No. 113 MAP 2016 <br><br> Appeal from the Order of the Chester County Court of Common Pleas, Civil Division, at No. 2011-04211-TT dated October 22, 2015. |
| v. | : : : : : : | |
| FREEHAND, H.J., INC., & JOEL E. TEMPLIN & JOHN A. SCHORN & MICHAEL ALAN SIDDONS, ESQUIRE, INDIVIDUALLY & SIDDONS & ASSOCIATES, LLC & CIARDI, CIARDI & ASTIN, P.C. | : : : : : : : : | |
| CROSS APPEAL OF: CIARDI, CIARDI & ASTIN, P.C. | : : : | |

## ORDER

**PER CURIAM**                                                    **DECIDED:  July 19, 2017**

**AND NOW,** this 19th day of July, 2017, on the basis of this Court's decision in *Villani v. Seibert*, 159 A.3d 478 (Pa. 2017), the Order of the Chester County Court of Common Pleas, dated November 2, 2015, as amended by the Order dated November 9, 2015 and the Order dated November 17, 2015, is **REVERSED** and the matter is **REMANDED** to the Chester County Court of Common Pleas for further proceedings.

The Appeal of the Order of the Chester County Court of Common Pleas dated October 22, 2014 (113 MAP 2016) is **QUASHED**.

The ancillary Motion to Quash Appeal or, in the Alternative, to Remand to Superior Court for Consideration of Ancillary Issue that Falls Outside of Supreme Court's Exclusive Jurisdiction and Stay All Supreme Court Proceedings Pending Superior Court's Decision on Ancillary Issue, is **DENIED** as **MOOT**.